# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE:

    **CHRISTMAS OF LIGHT PRODUCTIONS**
    TIN: 47-5566874

**16-81686-CRJ-7**

## NOTICE TO CLERK OF THE COURT
## STATUS REPORT

COMES NOW Judith Thompson, Trustee for the above styled case and shows unto the Honorable Court the following:

1. The Chapter 7 petition was filed the 10th day of June 2016.

2. Sparkman, Shepard & Morris, P.C. are qualified attorneys to assist the trustee in various matters in this case and employment was approved December 8, 2016.

3. Stuart M. Maples, Attorney is qualified to further assist the trustee in various matters and employment was approved December 8, 2016.

4. Ron Steen, Attorney at Thompson Burton PLLC, a firm in Tennessee, as employ April 6, 2017 to assist the Bankruptcy Estate in the State of Tennessee.

5. All attorneys are working in the best interest of the Bankruptcy Estate and there is no duplication of any work performed.

6. The attorneys are working on a civil action in the United States District Court for the Middle District of Tennessee styled *In:cite Media LLC vs. Christmas of Light Productions, LLC, et al.,* Civil Action No. 3:16-0629.

7. Special Counsel on behalf of the Bankruptcy Estate has filed its Answer, Counterclaim and Cross-claim on October 29, 2018. All parties filed responses in a timely manner except for "pro se" Defendant, Bryan Robinson.

8. In:cite Media LLC is eager to resolve the case and attempts at negotiation are in progress. Discovery is commencing.

Therefore, upon further information the Trustee shall file an update and/or status report or file a Final No Asset Report.

Respectfully, submitted this 7th day of January 2019..

 /s/ *Judith Thompson*
Judith Thompson, Trustee
P. O. Box 18966
Huntsville, Alabama 35804-8966
(256) 880-2217